UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                           Case No.: 8:18-bk-06760-CPM
                                                                  Chapter 7

Lois Mae Wright,

         Debtor.
_____ /

**MOTION TO VACATE THE COURT'S ORDER
ON TRUSTEE'S APPLICATION TO RETAIN REAL ESTATE SERVICES**

**COMES NOW,** the Debtor, Lois Mae Wright, by and through her undersigned counsel, and hereby files her Motion to Vacate the Court's Order on Trustee's Motion to Retain Real Estate Services (d.e. # 20), and states:

1. That the court entered its order on the trustee's Application to Retain BK Global Real Estate Services and Weichert, Realtors-Equity as Real Estate Broker and Realtor ( d.e. # 15) on the 15th day of October.

2. That the trustee is seeking approval to retain real estate services to sell property that is exempt. The property is not property of the estate.

3. There would be no reason for appointment of these professionals.

4. The Trustee failed to file objection to exemptions.

**WHEREFORE**, the Debtor requests that the court enter an Order Vacating its Order Approving Application to Employ/Retain BK Global Real Estate Services, and Weichert Realtors.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to the following parties in interest, electronically, or via the Court's CM\ECF system, or via first

1

class, postage-paid U.S. mail:

Office of the U.S. Trustee, 501 E. Polk St., Ste 1200, Tampa, FL 33602, at
  USTPRegion21.TP.ECF@USDOJ.GOV;
Carolyn R. Chaney, Standing Trustee, PO Box 530248, St. Petersburg, FL 33747,
  carolyn.chaney@earthlink.net ;
Wells Fargo Home Mortgage, Attn: Bankruptcy Mac X7801-014, 3476 Stateview Blvd., Fort Mill,
  SC 29715
Elizabeth Eckhart, Esquire, Shapiro, Fishman & Gache, LLP, Attorney for Secured Creditor, 4630
  Woodland Corporate Blvd., Suite 100, Tampa, FL 33614; Email: eeckhart@logs.com;
Patrick Butler, BK Global Real Estate Services, 1095 Broken Sound Pkwy. NW, Suite 100, Boca
  Raton, FL 33487
Alexandra Gonzalez, Weichert, Realtors – Equity, 6500 1st Ave. North, St. Petersburg, FL 33710.
Lois Mae Wright, 1830 30th Ave N., St. Petersburg, FL  33713;

this 17th day of October, 2018.

                                                  /s/Robert M. Geller
                                                  Robert M. Geller
                                                  Fla. Bar No.:  588105
                                                  Robert M. Geller, P.A.
                                                  Attorney for Debtor
                                                  807 W. Azeele St.
                                                  Tampa, Florida  33606
                                                  (813) 254-7687
                                                  rmgbk@verizon.net